# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

WILLIAM B. JOLLEY,

    Plaintiff,

v.

SCOTT TURNER, Secretary,
Department of Housing and Urban
Development,

    Defendant.

CV 2:25-089

## ORDER

By Order dated June 4, 2026, the Court gave Plaintiff fourteen (14) days to show cause why he has not effected service on Defendant in this case. Dkt. No. 17. The Court warned Plaintiff that his "failure to comply with the Court's Order will result in dismissal of this action without prejudice." Id.

Plaintiff timely filed a response. Dkt. No. 18. However, the response lacks sufficient information to show that Plaintiff has properly served Defendant in accordance with Rule 4(i) or that good cause exists for Plaintiff's failure to do so. Accordingly, Plaintiff's complaint is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to close this case.

SO ORDERED, this __2__ day of July, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA