AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM B. JOLLEY,

    Plaintiff,

        **v.**

SCOTT TURNER, Secretary,
Department of Housing and
Urban Development,

    Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:
    CV 225-089

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 2, 2026, Plaintiff's complaint is dismissed without prejudice.

This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date _____July 2, 2-26_____

John E. Triplett, Clerk of Court
Clerk _____

_____
*(By) Deputy Clerk*